# EXHIBIT A
# POSITIONS HELD BY INDIVIDUAL DEFENDANTS

| MARC A. BOUCHARD | | | |
|---|---|---|---|
| **Start Date** | **End Date** | **Position** | **Corporation** |
| * | 5/17/2000 | President & CEO | Bell Nexxia |
| 8/1/2000 | 2/25/2002 | Director | OTI |
| 12/1/2001 | 2/16/2002 | Corp. Sec'y | OTI |
| 12/1/2001 | 2/16/2002 | EVP | OTI |
| 5/17/2000 | 8/1/2000 | President, North American Markets & Corporate Development | TCC |
| 8/1/2000 | 2/25/2002 | Director | TCC |
| 1/24/2001* | 2/25/2002 | President, Data, Canada/Asia | TCC |
| 3/1/2001 | 2/25/2002 | EVP | TCC |
| 11/1/2000 | 1/23/2002 | Director | THC |
| 11/1/2000 | 1/23/2002 | Director | THUS |
| 11/1/2000 | 1/23/2002 | Director | TIC |
| 8/31/2001 | * | Director | TPR |
| 6/15/2000 | 2/16/2002 | Director | TUSA |
| 8/1/2000 | 2/25/2002 | President, North American Markets & Corporate Development | TUSA |
| 3/1/2001 | 2/25/2002 | EVP | TUSA |

* Exact Start/End date estimated or unknown.

# EXHIBIT A
# POSITIONS HELD BY INDIVIDUAL DEFENDANTS

| MICHAEL T. BOYCHUK | | | |
|---|---|---|---|
| **Start Date** | **End Date** | **Position** | **Corporation** |
| * | * | President | 3808921 Canada Inc. |
| * | * | Treasurer | 3808921 Canada Inc. |
| 1/17/2001* | | Treasurer | BCE |
| 1/17/2001* | | VP | Bell Canada |
| 1/17/2001* | | Treasurer | Bell Canada |
| 4/5/2000 | 4/23/2002 | President | TTC |
| 4/5/2000 | 4/23/2002 | Treasurer | TTC |
| 4/5/2002 | 4/23/2002 | Director | TTC |
| * | * | Director | Teleglobe Financial Holdings Ltd. |
| * | * | President | Teleglobe Financial Holdings Ltd. |
| * | * | Treasurer | Teleglobe Financial Holdings Ltd. |
| 9/29/2000 | 4/23/2002 | Director | THC |
| 9/29/2000 | 4/23/2002 | President | THC |
| 9/29/2000 | 4/23/2002 | Treasurer | THC |
| 9/29/2000 | 4/23/2002 | Director | THUS |
| 9/29/2000 | 4/23/2002 | President | THUS |
| * | 4/23/2002 | Treasurer | THUS |
| 9/29/2000 | 4/23/2002 | Director | TIC |
| 11/1/2000 | 4/23/2002 | President | TIC |
| 11/1/2000 | 4/23/2002 | Treasurer | TIC |
| 5/31/2000 | 4/23/2002 | CFO | TI |
| 5/31/2000 | 4/23/2002 | EVP - Finance | TI |
| 9/29/2000 | 4/23/2002 | President & CEO | TMI |
| 11/1/2000 | 4/23/2002 | Director | TMI |
| 9/29/2000 | 4/23/2002 | Director | TSI |
| 9/29/2000 | 4/23/2002 | President & CEO | TSI |

| RICHARD J. CURRIE | | | |
|---|---|---|---|
| **Start Date** | **End Date** | **Position** | **Corporation** |
| 5/31/1995* | | Director | BCE |
| 12/15/2000 | 4/23/2002 | Director | TI |

* Exact Start/End date estimated or unknown.

# EXHIBIT A
# POSITIONS HELD BY INDIVIDUAL DEFENDANTS

**SERGE FORTIN**

| Start Date | End Date | Position | Corporation |
|---|---|---|---|
| 8/1/2000 | 2/27/2002 | Director | OTI |
| 12/1/2001 | 2/27/2002 | EVP | OTI |
| 12/1/2001 | 2/27/2002 | VP | OTI |
| 5/17/2000 | 3/1/2001 | President, Global Markets | TCC |
| 8/1/2000 | 2/27/2002 | Director | TCC |
| 3/1/2001 | 7/26/2002* | EVP | TCC |
| 8/1/2000 | 2/16/2002 | Director | TUSA |
| 8/1/2000 | 3/1/2001* | President - Global Markets | TUSA |
| 3/1/2001 | 4/3/2002* | EVP | TUSA |

**TERENCE J. JARMAN**

| Start Date | End Date | Position | Corporation |
|---|---|---|---|
| 09/01/1996* | 01/01/1999* | Executive Vice President | Bell Canada |
| 01/01/1999* | 01/01/2000* | President | Bell Nexxia |
| 01/01/2000* | 04/11/2000 | Vice Chair, Corporate | Bell Canada |
| 4/11/2000 | 1/23/2002 | CEO | TCC |
| 5/15/2000 | 8/1/2000 | Director | TCC |
| 5/17/2000 | 1/23/2002 | President | TCC |
| 10/25/2000* | 1/23/2002 | CEO | TI |
| 10/25/2000* | 1/23/2002 | President | TI |
| 12/15/2000 | 1/23/2002 | Director | TI |
| 8/1/2000 | 1/23/2002 | CEO | TUSA |

**THOMAS E. KIERANS**

| Start Date | End Date | Position | Corporation |
|---|---|---|---|
| 4/28/1999 | | Director | BCE |
| 12/15/2000 | 4/23/2002 | Director | TI |

**JEAN C. MONTY**

| Start Date | End Date | Position | Corporation |
|---|---|---|---|
| 10/31/1997* | 5/29/2002 | Director | BCE |
| 5/19/1998* | 12/1/2000* | President | BCE |
| 5/19/1998* | 4/24/2002 | CEO | BCE |
| 4/26/2000 | 4/24/2002 | Chairman | BCE |
| 5/19/1998* | 1/17/2001* | Chairman | Bell Canada |
| 5/19/1998* | 1/17/2001* | CEO | Bell Canada |
| 11/5/1997 | 4/23/2002 | Director | TI |
| 2/15/2000 | 4/23/2002 | Chairman | TI |
| 11/1/2000 | 4/23/2002 | CEO | TI |

* Exact Start/End date estimated or unknown.

# EXHIBIT A
# POSITIONS HELD BY INDIVIDUAL DEFENDANTS

| STEPHEN P. SKINNER | | | |
|---|---|---|---|
| **Start Date** | **End Date** | **Position** | **Corporation** |
| 10/11/2000* | 4/15/2002* | Dept'y Controller | BCE |
| 11/10/2000* | 4/15/2002* | VP | BCE |
| 4/15/2002* | 3/26/2003* | Controller | BCE |
| 2/28/2001* | 2/28/2001* | VP - Dept'y Controller | Bell Canada |
| 7/25/2001 | 4/2/2002* | Controller | TI |
| 7/25/2001 | 4/2/2002* | VP | TI |

| H. ARNOLD STEINBERG | | | |
|---|---|---|---|
| **Start Date** | **End Date** | **Position** | **Corporation** |
| * | * | Director | Bell Canada International, Inc. |
| 2/16/1989 | | Director | TI |

| STEWART VERGE | | | |
|---|---|---|---|
| **Start Date** | **End Date** | **Position** | **Corporation** |
| * | * | Vice President, Networks | Bell Canada |
| 7/1/1991 | * | Group Vice President (Network Services) | Bell Ontario |
| 8/1/2000 | 2/27/2002 | Director | OTI |
| 12/1/2001 | 3/29/2002 | EVP | OTI |
| 12/1/2001 | 3/29/2002 | Treasurer | OTI |
| 5/17/2000 | 3/1/2001 | President, Global Operations | TCC |
| 8/1/2000 | 2/27/2002 | Director | TCC |
| 3/1/2001 | 3/29/2002 | EVP | TCC |
| 8/31/2001 | * | Director | TPR |
| 8/1/2000 | 2/16/2002 | Director | TUSA |
| 8/1/2000 | 3/1/2001* | President - Global Operations | TUSA |
| 3/1/2001 | 3/29/2002 | EVP | TUSA |

* Exact Start/End date estimated or unknown.