EXHIBIT B
CORPORATE STRUCTURE OF TI AND THE DEBTORS

