# EXHIBIT C
## COMPOSITION OF TI AND DEBTORS' BOARDS OF DIRECTORS*

| DATES | TI DIRECTORS |
|---|---|
| As of 2/15/2000 through 10/31/2000:** | Burney, Ducharme, Hainsfurther, McArtor, Medland, Monty, Moses, Nicholson, Normand, Oliver, Sirois, Smith, Steinberg, Troutt, Zrno |
| 11/1/2000 - 11/10/2000 | Bourbonnais, Medland, Monty, Ryan, Steinberg |
| 11/10/2000 - 12/15/2000 | Medland, Monty, Steinberg |
| 12/15/2000 - 1/23/2002 | Currie, Jarman, Kierans, Monty, Steinberg |
| 1/23/2002 - 2/27/2002 | Currie, Fell, Kierans, Monty, Steinberg |
| 2/27/2002 - 4/23/2002 | Currie, Fell, Kierans, Monty, Sabia, Steinberg |
| Beginning 4/23/2002 | Farrar, Steinberg, Terry |

| DATES | THUS DIRECTORS |
|---|---|
| On 2/15/2000: | Guidi, Seguin, Troutt |
| 11/1/2000 - 1/23/2002 | Bouchard, Boychuk |
| 1/23/2002 - 4/23/2002 | Boychuk, Pichette |
| 4/23/2002 - 5/14/2002 | Brunette, Pichette |
| Beginning 5/14/2002 | Brunette, Fortin |

| DATES | THC DIRECTORS |
|---|---|
| On 2/15/2000: | Seguin, Stewart |
| 11/1/2000 - 1/23/2002 | Bouchard, Boychuk |
| 1/23/2002 - 5/14/2002 | Boychuk, Pichette |
| Beginning 5/14/2002 | Brunette, Fortin |

| DATES | TIC DIRECTORS |
|---|---|
| On 2/15/2000: | Cayouette, Seguin |
| 11/1/2000 - 1/23/2002 | Bouchard, Boychuk |
| 1/23/2002 - 5/14/2002 | Boychuk, Pichette |
| Beginning 5/14/2002 | Brunette, Fortin |

| DATES | TCC DIRECTORS |
|---|---|
| On 2/15/2000: | Guidi, Seguin, Stewart |
| 11/1/2000 - 2/25/2002 | Bouchard, Brunette, Fortin, Verge |
| 2/25/2002 - 2/27/2002 | Brunette, Fortin, Verge |
| 2/27/2002 - 5/14/2002 | Brunette, Pichette |
| Beginning 5/14/2002 | Brunette, Fortin |

*Charts for Teleglobe Luxembourg LLC and Teleglobe Puerto Rico Inc. are not included.

** BCE's announced its intention to acquire the remaining outstanding shares of TI on February 15, 2000, and the acquisition was completed on November 1, 2000. Director changes at the Debtor level during the Gap Period are omitted.

# EXHIBIT C
## COMPOSITION OF TI AND DEBTORS' BOARDS OF DIRECTORS*

| DATES** | TUSA DIRECTORS |
|---|---|
| On 2/15/2000: | Guidi, Seguin |
| 11/1/2000 - 2/16/2002 | Bouchard, Brunette, Fortin, Verge |
| 2/16/2002 - 2/27/2002 | Brunette, Childers, Pichette |
| 2/27/2002 - 5/14/2002 | Brunette, Pichette |
| Beginning 5/14/2002 | Brunette, Fortin |

| DATES | OTI DIRECTORS |
|---|---|
| On 2/15/2000 | Cahill, Cayouette, Guidi |
| 11/1/2000 – 2/25/2002 | Bouchard, Brunette, Fortin, Verge |
| 2/25/2002 – 2/27/2002 | Brunette, Fortin, Verge |
| 2/27/2002 – 5/14/2002 | Brunette, Mongrain, Pichette |
| Beginning 5/14/2002 | Brunette, Mongrain, Fortin |

| DATES | TMI DIRECTORS |
|---|---|
| On 2/15/2000 | Cayouette, Seguin, Van Doorn |
| 11/1/2000 – 11/28/2001 | Boychuk, Milla, Van Doorn |
| 11/28/2001 – 4/23/2002 | Boychuk, Milla |
| 4/23/2002 – 5/14/2002 | Brunette, Pichette |
| Beginning 5/14/2002 | Brunette, Fortin |

| DATES | TSI DIRECTORS |
|---|---|
| On 2/15/2000 | Seguin, Stewart |
| 11/1/2000 – 11/28/2001 | Boychuk, Milla, Van Doorn |
| 11/28/2001 – 4/23/2002 | Boychuk, Milla |
| 4/23/2002 – 5/14/2002 | Brunette, Pichette |
| Beginning 5/14/2002 | Brunette, Fortin |

| DATES | TTC DIRECTORS |
|---|---|
| On 2/15/2000 | Gold, Seguin, Sirois, Smith, Troutt |
| 11/1/2000 – 4/5/2002 | Anderson, Gold, Timmer |
| 4/5/2002 – 4/23/2002 | Anderson, Boychuk, Pichette |
| 4/23/2002 – 5/14/2002 | Brunette, Pichette |
| Beginning 5/14/2002 | Brunette, Fortin |

*Charts for Teleglobe Luxembourg LLC and Teleglobe Puerto Rico Inc. are not included.

** BCE's announced its intention to acquire the remaining outstanding shares of TI on February 15, 2000, and the acquisition was completed on November 1, 2000. Director changes at the Debtor level during the Gap Period are omitted.